**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**

**IN RE: SHANNON WILLIAMS**                                              **CASE NO.: 4:14-bk-14409**
                **DEBTOR**                                                                       **CHAPTER 13**

**MOTION TO INCUR**

Comes Debtor, by and through his attorney Brian C. Wilson, and for this Motion to Incur, states:

1. This case was filed on August 15, 2014.
2. Debtor does not have a vehicle.
3. Debtor is looking to purchase a replacement vehicle such as a pre-owned Toyota Camry or a vehicle similar thereto, not exceeding $19,000.00 in purchase price, not exceeding 19.99% financing, and not exceeding a monthly payment of $450.00 per month.
4. Debtor would respectfully ask for Court approval to purchase a vehicle within the conditions set forth above. Debtor will promptly amend and file any schedules and other documents that may be required. All necessary documentation regarding purchase of a replacement vehicle is to be provided to the case trustee within seven (7) days of purchase.

**WHEREFORE,** Debtor prays this Court enter an Order allowing the Debtor to incur debt and purchase a replacement vehicle within the conditions set forth above.

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-266-3328

**CERTIFICATION OF SERVICE**

I, Brian C. Wilson, do hereby certify a copy of the foregoing Motion has been sent to the following people on this day, March 16, 2018.

Mark T McCarty—via electronic notice
United States Trustee—via electronic notice
And to all creditors per creditor matrix as of March 16, 2018.

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: SHANNON WILLIAMS            CASE NO.: 4:14-bk-14409
DEBTOR            CHAPTER 13

**NOTICE OF OPPORTUNITY TO OBJECT**

You are hereby notified that the captioned debtor have filed the attached Motion. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P.O. Box 5006 N. Little Rock, Arkansas 72119.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion may be granted without further notice of hearing.

Dated: March 16, 2018

                                                       /s/ Brian C. Wilson
                                                       P.O. Box 3098
                                                       Little Rock, AR 72203
                                                       Phone: 501-7

**CERTIFICATE OF SERVICE**

I, Brian C. Wilson, do hereby certify a copy of the foregoing Motion has been sent to the following people on this day, March 16, 2018.

     Mark T McCarty—via electronic notice
     United States Trustee—via electronic notice
     And to all creditors per creditor matrix as of March 16, 2018.

                                                       /s/ Brian C. Wilson
                                                      P.O. Box 3098
                                                      Little Rock, AR 72203
                                                      Phone: 501-266-3328