IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:  SHANNON WILLIAMS           CASE NO.: 4:14-BK-14409
        DEBTOR                     CHAPTER 13

## MOTION TO VACATE ORDER

Comes Debtor, by and through her attorney Brian C. Wilson, and for this motion states:

1. This case was filed on August 15, 2014.
2. The LaDawna Fleckenstein filed a Motion for Relief from Stay regarding Debtor's home mortgage on behalf of US Bank National Association on November 16, 2017.
3. The motion was granted on December 15, 2017.
4. Debtor has indicated that he would like to retain and pay for his home and agrees to be on strict compliance through August, 2018.
5. Debtor respectfully asks that the Order granting the Motion for Relief filed by US Bank National Association, docket entry # 100, be vacated.
6. Debtor may subsequently file a motion requesting the notice period be shortened.

**WHEREFORE,** Debtor prays this Court enter an Order setting aside and vacating the order referenced above.

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328

## CERTIFICATE OF SERVICE

I, Brian C. Wilson, do hereby certify a copy of the foregoing Motion has been sent to the following people on this day, April 5, 2018.

Mark T. McCarty -  via electronic notice
United States Trustee—via electronic notice
And to all creditors per creditor matrix as of April 5, 2018.

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: SHANNON WILLIAMS | CASE NO.: 4:14-BK-14409 |
| DEBTOR | CHAPTER 13 |

### NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the attached Motion. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from the date of this notice, with copies to the attorney for the debtor and to the Chapter 13 Standing Trustee, P.O. Box 5006 N. Little Rock, AR 72119.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion may be granted without further notice of hearing.

**Debtor may subsequently file a motion requesting the notice period be shortened.**

Dated: April 5, 2018

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328

### CERTIFICATE OF SERVICE

I, Brian C. Wilson, do hereby certify a copy of the foregoing Notice has been sent to the following people on this day, April 5, 2018.
Mark T. McCarty —via electronic notice
United States Trustee—via electronic notice
And to all creditors per creditor matrix as of April 5, 2018.

/s/ Brian C. Wilson
P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328